IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.   09-cv-00426-WYD-BNB          Date: September 21, 2009
Courtroom Deputy: Geneva D. Mattei              FTR BNB COURTROOM A-401

| | |
|---|---|
| VINCENT GAGLIARDI, | PRO SE |
| Plaintiff(s), | |
| v. | |
| CITY MANAGER, Name Unknown | |
| CHARLES GLORIOSO, Chief of Police | Shelby Felton |
| GABE VAZQUEZ, Officer | Shelby Felton |
| ARCHIE VIGIL, officer | Shelby Felton |
| DAN DURAN, Officer | Shelby Felton |
| POLICE DISPATCHER, Name Unknown and Unknown Employee 1 and 2 | |
| BRANDON BARRY, and Officer | |
| JIM SOLTIS, | Shelby Felton |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     3:09 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Special entry of appearance and motion to quash service [Doc. 33, filed 8/25/09] is granted as stated on the record.**

**ORDERED:** **Plaintiff's motion to strike defendant's motion to quash service for failure to state a legal defense [Doc 41, filed 8/27/09] is denied as stated on the record.**

**ORDERED:** **The plaintiff shall serve a summons and a copy of the Amended Complaint on each defendant on or before October 5, 2009.**

**ORDERED:** **The plaintiff shall file a motion to amend the Amended Complaint, if at all, on or before October 12, 2009.**

Court in Recess        3:29 p.m.        Hearing concluded.     Total time in Court:    00:20

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.